**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| |
| --- |

**UNITED STATES OF AMERICA,**

**CRIMINAL INDICTMENT NO.:**
**3:20-CR-8-CAR-CHW**

**v.**

**MARQUES WARD,**

**DEFENDANT.**

### ENTRY OF APPEARANCE

Comes now Brian Tevis and enters his appearance as counsel for Defendant Marques Ward in the above-styled case.

The clerk is requested to send all correspondence, notices, etc., concerning this matter to undersigned counsel either electronically or at the address provided on this pleading.


Respectfully submitted,

This 11th day of November, 2020.


/s/ Brian Tevis
Tevis Law Firm, LLC.
Georgia Bar No. 615008
Attorney for Defendant
101 Marietta St., N.W., Suite 3325
Atlanta, Georgia 30303

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

|

**UNITED STATES OF AMERICA,**

           |   **CRIMINAL INDICTMENT NO.:**
              **3:20-CR-8-CAR-CHW**

**v.**              |

**MARQUES WARD,**       |

  **DEFENDANT.**      |

<u>**CERTIFICATE OF SERVICE**</u>

  This is to certify that I have this day served a copy of the within and foregoing *Entry of Appearance* by electronically filing with the Clerk of the Court by using CM/ECF, which will automatically send email notification of such filing to the following:

**TAMARA JARRETT**
Assistant United States Attorney
U.S. Attorney's Office, Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
478-752-3511
Tamara.jarrett@usdoj.gov

Respectfully submitted,

This 11th day of November, 2020.

<u>/s/ Brian Tevis</u>
Tevis Law Firm, LLC.
Georgia Bar No. 615008
Attorney for Defendant
101 Marietta St., N.W., Suite 3325
Atlanta, Georgia 30303